April 29, 1983.

459 A.2d 35

Commonwealth v. Berrier, Appellant.

Petition for Allowance of Appeal
Denied Sept. 7, 1983.

620

Argued March 24, 1981. Malcolm W. Berkowitz, for appellant; William A. Helm, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the decision of this case.